**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**HANS A JEANSON**                                                                                    **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 3:22-cv-00059-NBB-JMV**

**METLIFE GROUP, INC.**                                                      **DEFENDANT**

<u>**ORDER**</u>

This matter is before the court on the Defendant's Unopposed Motion to Substitute Metropolitan Life Insurance Company [15] for the defendant incorrectly named in the complaint as MetLife Group, Inc. The court finds the request is well taken and should be **GRANTED**. Metropolitan Life Insurance Company is substituted as the defendant in place of MetLife Group, Inc. The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings. The answer filed on behalf of MetLife Group, Inc., shall serve as the answer of Metropolitan Life Insurance Company

      **SO ORDERED**, this, the 14th day of June, 2022.

                                                  /s/ Jane M. Virden
                                                **UNITED STATES MAGISTRATE JUDGE**